**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-01050-LTB-MJW

PRISCILLA LUNDBLAD, individually,
ADDISON SMITH, a minor, by and through her mother and next friend, Abbie Smith,
DARIAN SMITH, a minor, by and through her mother and next friend, Abbie Smith,
EMERSON SMITH, a minor, by and through her mother and next friend, Abbie Smith,

       Plaintiffs,

v.

KAREN STORY,

       Defendant.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 16 - filed July 25, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   July 28, 2014